THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robert P.
 Santiago, Appellant.
 
 
 

Appeal From Charleston County
 Kristi Lea Harrington, Circuit Court
Judge

Unpublished Opinion No. 2012-UP-229
 Submitted April 2, 2012  Filed April 18,
2012    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General David Spencer, all of
 Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Robert P. Santiago appeals his convictions
 of possession with intent to distribute (PWID) methamphetamine and PWID
 methamphetamine within proximity of a school, arguing the trial court erred in
 not instructing the jury that the State had the burden of proof after the State
 shifted the burden.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Wiley, 387 S.C. 490, 499, 692 S.E.2d 560, 565 (Ct. App. 2010) (holding
 when a defendant objects to improper comments during closing arguments, and the
 objection is sustained, the issue is not preserved for review when the
 defendant did not object to the sufficiency of the curative instruction, move
 to strike the testimony, or move for a mistrial after the objection was
 sustained).[2]
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.
[2] Alternatively,
 if the issue were preserved for review, we would affirm.  See State
 v. Goodwin, 384 S.C. 588, 605-06, 683 S.E.2d 500, 509 (Ct. App. 2009)
 (holding an alleged error in the State's closing argument was cured by the
 trial court's extensive jury charge on the State's burden).